**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, ) | CASE NO. SA CV 07-00183 GPS (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| MIKE EVANS, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JOSEPH SANCHEZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 5, 2008

*GEORGE P. SCHIAVELLI*
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE